# United States Bankruptcy Court
## District of Utah

| In re | **Heidi C.E. Ludwig** | | Case No. | |
|---|---|---|---|---|
| | Debtor(s) | | Chapter | **13** |

## PAYMENT ADVICES[1] CERTIFICATION

Under 11 U.S.C. § 521(a)(1)(B)(iv), I,[2] **Heidi C.E. Ludwig**, hereby state as follows (select one):

☒ 1. I have attached hereto, or previously filed with the Court, copies of **all** payment advices or other evidence of payment received from any employer within 60 days before the date of the filing of my bankruptcy petition.

☐ 2. I did not receive any payment advices or other evidence of payment at any point during the 60 days before the date of the filing of my bankruptcy petition.

☐ 3. I received payment advices from an employer during the 60 days before the date of the filing of my bankruptcy petition but have been unable to locate all of the documents or replacements. I understand that if I do not submit all payment advices or other evidence of payment within 45 days from the filing of my bankruptcy petition, my case will be **automatically dismissed** without further notice or hearing.

I declare under penalty of perjury that the foregoing statement is true and correct to the best of our knowledge, information and belief.

Dated  **February 17, 2011**

                                                **/s/ Heidi C.E. Ludwig**
                                                **Heidi C.E. Ludwig**

---

1. A "Payment Advice" includes, but not limited to, pay stubs attached to your paycheck, employer's statements of hours and earnings, deposit notifications, etc.

2. A separate form must be submitted by each debtor in a joint case.

**(Mail completed form to: U.S.B.C., 350 South Main Street, Salt Lake City, Utah 84101)**

This is a statement of earnings and deductions. This pay statement is non-negotiable.

# NUETERRA
*Advancing Opportunities*

Nueterra Healthcare Management, LLC
11221 Roe Ave
Suite 320
Leawood, KS 66211

**Pay statement**
**Period start date** 01/16/2011
**Period end date** 01/29/2011
**Pay date** 02/04/2011
**Document** 61098
**Net pay** $360.49

## Pay details

| | | | | |
|---|---|---|---|---|
| Heidi Ludwig<br>3145 S Little Valley Rd<br>St George, UT 84790<br>USA | **Employee number** 101909<br>**SSN** xxx-xx-xxxx<br>**Job** Health Info Mmgt Clerk<br>**Pay rate** $14.38<br>**Pay frequency** Biweekly | **Pay group** Facilities Bi-Weekly<br>**Location** Coral Desert Surgery Cent<br>**Division** SFD - Surgical Facilities<br>**Facility** UTCDSC - Coral Desert Surgery Cent<br>**Department** 510 - Operations<br>**Sub-Departme** | **Federal income tax** $0<br>**State income tax (residence)** $0<br>**State income tax (work)** $0 | |

## Earnings

| Pay type | Hours | Pay rate | Current | YTD |
|---|---|---|---|---|
| Bonus - FPS | 0.0000 | $0.00 | ($410.14) | $410.14 |
| Holiday | 0.0000 | $0.00 | $0.00 | $230.08 |
| Overtime | 0.0000 | $0.00 | $0.00 | $190.47 |
| Paid Time Off | 0.0000 | $0.00 | $0.00 | $1,004.87 |
| Regular | 0.0000 | $0.00 | $0.00 | $1,714.82 |
| **Total hours** | 0.0000 | | | |

## Deductions

| Deduction | Pre-tax | Current | YTD |
|---|---|---|---|
| 401K | Yes | $16.41 | $142.03 |
| 401K Loan 2 | No | $0.00 | $167.49 |
| 401K Loan 3 | No | $0.00 | $94.98 |
| Christmas Club | No | $0.00 | $120.00 |
| Dental | Yes | $0.00 | $4.89 |
| Garnishment | No | $0.00 | $226.93 |
| PPO Med 500 | Yes | $0.00 | $107.13 |
| Supl Life Ins | No | $0.00 | $9.45 |

## Taxes

| Taxes | Current | YTD |
|---|---|---|
| Employee Medicare | $5.95 | $49.86 |
| Federal Income Tax | $0.00 | $141.59 |
| Social Security Employee Tax | $17.22 | $144.41 |
| UT State Income Tax | $10.07 | $146.09 |

## Paid time off

| Plan | Current | Balance |
|---|---|---|
| PTO - Paid | 0.0000 | 8.8808 |

## Net pay distribution

| Account number | Account type | Amount |
|---|---|---|
| xxxxxxxx3609 | Savings | $50.00 |
| xxxxxxxx5466 | Checking | $310.49 |
| Total | | $360.49 |

## Pay summary

|         | Gross      | FIT taxable wages | Taxes    | Deductions | Net pay    |
|---------|------------|-------------------|----------|------------|------------|
| Current | $410.14    | $393.73           | $33.24   | $16.41     | $360.49    |
| YTD     | $3,550.38  | $3,296.33         | $481.95  | $872.90    | $2,195.53  |

*Originally printed in English*

This is a statement of earnings and deductions. This pay statement is non-negotiable.

# NUETERRA
*Advancing Opportunities*

Nueterra Healthcare Management, LLC
11221 Roe Ave
Suite 320
Leawood, KS 66211

**Pay statement**
Period start date 01/16/2011
Period end date 01/29/2011
Pay date 02/04/2011
Document 61097
Net pay $646.43

## Pay details

| | | | | |
|---|---|---|---|---|
| Heidi Ludwig | Employee number | 101909 | Pay group | Facilities Bi-Weekly |
| 3145 S Little Valley Rd | SSN | xxx-xx-xxxx | Location | Coral Desert Surgery Cent |
| St George, UT 84790 USA | Job | Health Info Mmgt Clerk | Division | SFD - Surgical Facilities |
| | Pay rate | $14.38 | Facility | UTCDSC - Coral Desert Surgery Cent |
| | Pay frequency | Biweekly | Department | 510 - Operations |
| | | | Sub-Departme | |

| Federal income tax | $0 |
|---|---|
| State income tax (residence) | $0 |
| State income tax (work) | $0 |

## Earnings

| Pay type | Period start | Period end | Hours | Pay rate | Current | YTD |
|---|---|---|---|---|---|---|
| Holiday | | | 0.0000 | $0.00 | $0.00 | $230.08 |
| Overtime | 01/29/2011 | 01/29/2011 | 3.3300 | $0.00 | $71.83 | $190.47 |
| Paid Time Off | | | 0.0000 | $0.00 | $0.00 | $1,004.87 |
| Regular | 01/29/2011 | 01/29/2011 | 79.2500 | $0.00 | $1,139.62 | $1,714.82 |
| Total hours | | | 82.5800 | | | |

## Deductions

| Deduction | Pre-tax | Current | YTD |
|---|---|---|---|
| 401K | Yes | $48.46 | $125.62 |
| 401K Loan 2 | No | $55.83 | $167.49 |
| 401K Loan 3 | No | $31.66 | $94.98 |
| Christmas Club | No | $40.00 | $120.00 |
| Dental | Yes | $1.63 | $4.89 |
| Garnishment | No | $226.93 | $226.93 |
| PPO Med 500 | Yes | $35.71 | $107.13 |
| Supl Life Ins | No | $3.15 | $9.45 |

## Taxes

| Taxes | Current | YTD |
|---|---|---|
| Employee Medicare | $17.03 | $43.91 |
| Federal Income Tax | $0.00 | $141.59 |
| Social Security Employee Tax | $49.32 | $127.19 |
| UT State Income Tax | $55.30 | $136.02 |

## Paid time off

| Plan | Current | Balance |
|---|---|---|
| PTO - Paid | 4.6152 | 8.8808 |

## Net pay distribution

| Account number | Account type | Amount |
|---|---|---|
| xxxxxxxx3609 | Savings | $50.00 |
| xxxxxxxx5466 | Checking | $596.43 |
| Total | | $646.43 |

| Pay summary | | | | | |
|---|---|---|---|---|---|
| | Gross | FIT taxable wages | Taxes | Deductions | Net pay |
| Current | $1,211.45 | $1,125.65 | $121.65 | $443.37 | $646.43 |
| YTD | $3,140.24 | $2,902.60 | $448.71 | $856.49 | $1,835.04 |

*Originally printed in English*

This is a statement of earnings and deductions. This pay statement is non-negotiable.

# NUETERRA
*Advancing Opportunities*

Nueterra Healthcare Management, LLC
11221 Roe Ave
Suite 320
Leawood, KS 66211

**Pay statement**
Period start date 01/02/2011
Period end date 01/15/2011
Pay date 01/21/2011
Document 58461
Net pay $508.30

## Pay details

| | | | | | |
|---|---|---|---|---|---|
| Heidi Ludwig<br>3145 S Little Valley Rd<br>St George, UT 84790<br>USA | Employee number | 101909 | Pay group | Facilities Bi-Weekly | |
| | SSN | xxx-xx-xxxx | Location | Coral Desert Surgery Cent | |
| | Job | Health Info Mmgt Clerk | Division | SFD - Surgical Facilities | |
| | Pay rate | $14.38 | Facility | UTCDSC - Coral Desert Surgery Cent | |
| | Pay frequency | Biweekly | Department | 510 - Operations | |
| | | | Sub-Departme | | |

Federal income tax $0
State income tax (residence) $0
State income tax (work) $0

## Earnings

| Pay type | Period start | Period end | Hours | Pay rate | Current | YTD |
|---|---|---|---|---|---|---|
| Holiday | | | 0.0000 | $0.00 | $0.00 | $230.08 |
| Overtime | 01/15/2011 | 01/15/2011 | 5.5000 | $0.00 | $118.64 | $118.64 |
| Paid Time Off | 01/15/2011 | 01/15/2011 | 5.8800 | $0.00 | $84.55 | $1,004.87 |
| Regular | 01/15/2011 | 01/15/2011 | 40.0000 | $0.00 | $575.20 | $575.20 |
| **Total hours** | | | 51.3800 | | | |

## Deductions

| Deduction | Pre-tax | Current (Employee) | YTD |
|---|---|---|---|
| 401K | Yes | $31.14 | $77.16 |
| 401K Loan 2 | No | $55.83 | $111.66 |
| 401K Loan 3 | No | $31.66 | $63.32 |
| Christmas Club | No | $40.00 | $80.00 |
| Dental | Yes | $1.63 | $3.26 |
| PPO Med 500 | Yes | $35.71 | $71.42 |
| Supl Life Ins | No | $3.15 | $6.30 |

## Taxes

| Taxes | Current | YTD |
|---|---|---|
| Employee Medicare | $10.74 | $26.88 |
| Federal Income Tax | $0.00 | $141.59 |
| Social Security Employee Tax | $31.12 | $77.87 |
| UT State Income Tax | $29.11 | $80.72 |

## Paid time off

| Plan | Current | Balance |
|---|---|---|
| PTO - | 4.6152 | 4.2656 |

## Net pay distribution

| Account number | Account type | Amount |
|---|---|---|
| xxxxxxxx3609 | Savings | $50.00 |

| Paid | xxxxxxxx5466 | Checking | $458.30 |
|---|---|---|---|
| | Total | | $508.30 |

## Pay summary

| | Gross | FIT taxable wages | Taxes | Deductions | Net pay |
|---|---|---|---|---|---|
| Current | $778.39 | $709.91 | $70.97 | $199.12 | $508.30 |
| YTD | $1,928.79 | $1,776.95 | $327.06 | $413.12 | $1,188.61 |

*Originally printed in English*

This is a statement of earnings and deductions. This pay statement is non-negotiable.

# NUETERRA
*Advancing Opportunities*

Nueterra Healthcare Management, LLC
11221 Roe Ave
Suite 320
Leawood, KS 66211

**Pay statement**
Period start date 12/19/2010
Period end date 01/01/2011
Pay date 01/07/2011
Document 56332
Net pay $680.31

## Pay details

Heidi Ludwig
3145 S Little Valley Rd
St George, UT 84790
USA

| | | | |
|---|---|---|---|
| Employee number | 101909 | Pay group | Facilities Bi-Weekly |
| SSN | xxx-xx-1598 | Location | Coral Desert Surgery Cent |
| Job | Health Info Mmgt Clerk | Division | SFD - Surgical Facilities |
| Pay rate | $14.38 | Facility | UTCDSC - Coral Desert Surgery Cent |
| Pay frequency | Biweekly | Department | 510 - Operations |
| | | Sub-Departme | |

| | | |
|---|---|---|
| Federal income tax | S | 0 |
| Additional amount | | $10.00 |
| State income tax (residence) | S | 0 |
| State income tax (work) | S | 0 |

## Earnings

| Pay type | Hours | Pay rate | Current | YTD |
|---|---|---|---|---|
| Holiday | 16.0000 | $0.00 | $230.08 | $230.08 |
| Paid Time Off | 64.0000 | $0.00 | $920.32 | $920.32 |
| **Total hours** | 80.0000 | | | |

## Deductions

### Employee

| Deduction | Pre-tax | Current | YTD |
|---|---|---|---|
| 401K | Yes | $46.02 | $46.02 |
| 401K Loan 2 | No | $55.83 | $55.83 |
| 401K Loan 3 | No | $31.66 | $31.66 |
| Christmas Club | No | $40.00 | $40.00 |
| Dental | Yes | $1.63 | $1.63 |
| PPO Med 500 | Yes | $35.71 | $35.71 |
| Supl Life Ins | No | $3.15 | $3.15 |

## Taxes

| Taxes | Current | YTD |
|---|---|---|
| Employee Medicare | $16.14 | $16.14 |
| Federal Income Tax | $141.59 | $141.59 |
| Social Security Employee Tax | $46.75 | $46.75 |
| UT State Income Tax | $51.61 | $51.61 |

## Paid time off

| Plan | Current | Balance |
|---|---|---|
| PTO - Paid | 4.6152 | 5.5304 |

## Net pay distribution

| Account number | Account type | Amount |
|---|---|---|
| xxxxxxxx3609 | Savings | $50.00 |
| xxxxxxxx5466 | Checking | $630.31 |

|  | Total |  |  |  | $680.31 |
|---|---|---|---|---|---|

## Pay summary

|  | Gross | FIT taxable wages | Taxes | Deductions | Net pay |
|---|---|---|---|---|---|
| Current | $1,150.40 | $1,067.04 | $256.09 | $214.00 | $680.31 |
| YTD | $1,150.40 | $1,067.04 | $256.09 | $214.00 | $680.31 |

*Originally printed in English*

This is a statement of earnings and deductions. This pay statement is non-negotiable.

# NUETERRA
*Advancing Opportunities*

Nueterra Healthcare Management, LLC
11221 Roe Ave
Suite 320
Leawood, KS 66211

**Pay statement**
Period start date 12/05/2010
Period end date 12/18/2010
Pay date 12/23/2010
Document 53968
Net pay $579.34

## Pay details

| | | | |
|---|---|---|---|
| Heidi Ludwig<br>3145 S Little Valley Rd<br>St George, UT 84790<br>USA | **Employee number** 101909<br>**SSN** xxx-xx-xxxx<br>**Job** Health Info Mmgt Clerk<br>**Pay rate** $14.38<br>**Pay frequency** Biweekly | **Pay group** Facilities Bi-Weekly<br>**Location** Coral Desert Surgery Cent<br>**Division** SFD - Surgical Facilities<br>**Facility** UTCDSC - Coral Desert Surgery Cent<br>**Department** 510 - Operations<br>**Sub-Departme** | **Federal income tax** S 0<br>**Additional amount** $10.00<br>**State income tax (residence)** S 0<br>**State income tax (work)** S 0 |

## Earnings

| Pay type | Period start | Period end | Hours | Pay rate | Current | YTD |
|---|---|---|---|---|---|---|
| Bonus - FPS | | | 0.0000 | $0.00 | $0.00 | $3,379.49 |
| Holiday | | | 0.0000 | $0.00 | $0.00 | $781.28 |
| Interest | | | 0.0000 | $0.00 | $0.00 | $3.02 |
| Overtime | 12/18/2010 | 12/18/2010 | 2.0800 | $0.00 | $44.87 | $1,059.52 |
| Paid Time Off | 12/18/2010 | 12/18/2010 | 32.0000 | $0.00 | $460.16 | $1,421.31 |
| Regular | 12/18/2010 | 12/18/2010 | 40.0000 | $0.00 | $575.20 | $26,071.48 |
| Training | | | 0.0000 | $0.00 | $0.00 | $330.72 |

**Total hours7**    4.0800

## Deductions

| Deduction | Pre-tax | Current | YTD |
|---|---|---|---|
| 401K | Yes | $43.21 | $1,296.34 |
| 401K Loan | No | $43.18 | $1,124.43 |
| 401K Loan 2 | No | $55.83 | $781.62 |
| 401K Loan 3 | No | $31.66 | $94.98 |
| Christmas Club | No | $40.00 | $50.00 |
| Dental | Yes | $1.63 | $35.86 |
| PPO Med 500 | Yes | $34.34 | $755.48 |
| Supl Life Ins | No | $3.15 | $75.60 |
| Vision | Yes | $5.22 | $114.84 |

## Taxes

| Taxes | Current | YTD |
|---|---|---|
| Employee Medicare | $15.07 | $466.00 |
| Federal Income Tax | $116.06 | $2,635.60 |
| Social Security Employee Tax | $64.42 | $1,992.53 |
| UT State Income | $47.12 | $1,473.70 |

|  |  | Tax |  |
|---|---|---|---|
| **Paid time off** | **Net pay distribution** | | |
| Plan  Current  Balance | Account number | Account type | Amount |
| PTO - Paid  4.6152  64.9152 | xxxxxxxx3609 | Savings | $50.00 |
|  | xxxxxxxx5466 | Checking | $529.34 |
|  | Total |  | $579.34 |

| **Pay summary** | | | | | |
|---|---|---|---|---|---|
|  | Gross | FIT taxable wages | Taxes | Deductions | Net pay |
| Current | $1,080.23 | $995.83 | $242.67 | $258.22 | $579.34 |
| YTD | $33,046.82 | $30,841.28 | $6,567.83 | $4,329.15 | $22,149.84 |

*Originally printed in English*

This is a statement of earnings and deductions. This pay statement is non-negotiable.

# NUETERRA
*Advancing Opportunities*

Nueterra Healthcare Management, LLC
11221 Roe Ave
Suite 320
Leawood, KS 66211

**Pay statement**
**Period start date** 11/21/2010
**Period end date** 12/04/2010
**Pay date** 12/10/2010
**Document** 51670
**Net pay** $635.46

## Pay details

Heidi Ludwig
3145 S Little Valley Rd
St George, UT 84790
USA

| | | | |
|---|---|---|---|
| **Employee number** | 101909 | **Pay group** | Facilities Bi-Weekly |
| **SSN** | xxx-xx-xxxx | **Location** | Coral Desert Surgery Cent |
| **Job** | Health Info Mmgt Clerk | **Division** | SFD - Surgical Facilities |
| **Pay rate** | $14.38 | **Facility** | UTCDSC - Coral Desert Surgery Cent |
| **Pay frequency** | Biweekly | **Department** | 510 - Operations |
| | | **Sub-Departme** | |

| | | |
|---|---|---|
| **Federal income tax** | S | 0 |
| **Additional amount** | | $10.00 |
| **State income tax (residence)** | S | 0 |
| **State income tax (work)** | S | 0 |

## Earnings

| Pay type | Period start | Period end | Hours | Pay rate | Current | YTD |
|---|---|---|---|---|---|---|
| Bonus - FPS | | | 0.0000 | $0.00 | $0.00 | $3,379.49 |
| Holiday | 12/04/2010 | 12/04/2010 | 16.0000 | $0.00 | $230.08 | $781.28 |
| Interest | | | 0.0000 | $0.00 | $0.00 | $3.02 |
| Overtime | 12/04/2010 | 12/04/2010 | 0.7500 | $0.00 | $16.18 | $1,014.65 |
| Paid Time Off | | | 0.0000 | $0.00 | $0.00 | $961.15 |
| Regular | 12/04/2010 | 12/04/2010 | 63.7500 | $0.00 | $916.72 | $25,496.28 |
| Training | | | 0.0000 | $0.00 | $0.00 | $330.72 |
| **Total hours** 8 | | | 0.5000 | | | |

## Deductions

| Deduction | Pre-tax | Current | YTD |
|---|---|---|---|
| 401K | Yes | $46.52 | $1,253.13 |
| 401K Loan | No | $43.25 | $1,081.25 |
| 401K Loan 2 | No | $55.83 | $725.79 |
| 401K Loan 3 | No | $31.66 | $63.32 |
| Christmas Club | No | $40.00 | $10.00 |
| Dental | Yes | $1.63 | $34.23 |
| PPO Med 500 | Yes | $34.34 | $721.14 |
| Supl Life Ins | No | $3.15 | $72.45 |
| Vision | Yes | $5.22 | $109.62 |

## Taxes

| Taxes | Current | YTD |
|---|---|---|
| Employee Medicare | $16.27 | $450.93 |
| Federal Income Tax | $127.97 | $2,519.54 |
| Social Security Employee Tax | $69.55 | $1,928.11 |
| UT State Income | $52.13 | $1,426.58 |

|                              |                       | Tax          |              |            |
|------------------------------|-----------------------|--------------|--------------|------------|
| **Paid time off**            | **Net pay distribution** |          |              |            |
| Plan    Current   Balance    | Account number        | Account type |              | Amount     |
| PTO -   4.6152   92.3000     | xxxxxxxx3609          | Savings      |              | $50.00     |
| Paid                         | xxxxxxxx5466          | Checking     |              | $585.46    |
|                              | Total                 |              |              | $635.46    |
| **Pay summary**              |                       |              |              |            |
|         | Gross       | FIT taxable wages | Taxes    | Deductions   | Net pay   |
|---------|-------------|-------------------|----------|--------------|-----------|
| Current | $1,162.98   | $1,075.27         | $265.92  | $261.60      | $635.46   |
| YTD     | $31,966.59  | $29,845.45        | $6,325.16| $4,070.93    | $21,570.50|

*Originally printed in English*

This is a statement of earnings and deductions. This pay statement is non-negotiable.

# NUETERRA
*Advancing Opportunities*

Nueterra Healthcare Management, LLC
11221 Roe Ave
Suite 320
Leawood, KS 66211

**Pay statement**
Period start date 11/07/2010
Period end date 11/20/2010
Pay date 11/26/2010
Document 49433
Net pay $702.65

## Pay details

Heidi Ludwig
3145 S Little Valley Rd
St George, UT 84790
USA

| | | | |
|---|---|---|---|
| Employee number | 101909 | Pay group | Facilities Bi-Weekly |
| SSN | xxx-xx-xxxx | Location | Coral Desert Surgery Cent |
| Job | Health Info Mmgt Clerk | Division | SFD - Surgical Facilities |
| Pay rate | $14.38 | Facility | UTCDSC - Coral Desert Surgery Cent |
| Pay frequency | Biweekly | Department | 510 - Operations |
| | | Sub-Departme | |

| | | |
|---|---|---|
| Federal income tax | S | 0 |
| Additional amount | | $10.00 |
| State income tax (residence) | S | 0 |
| State income tax (work) | S | 0 |

## Earnings

| Pay type | Period start | Period end | Hours | Pay rate | Current | YTD |
|---|---|---|---|---|---|---|
| Bonus - FPS | | | 0.0000 | $0.00 | $0.00 | $3,379.49 |
| Holiday | | | 0.0000 | $0.00 | $0.00 | $551.20 |
| Interest | | | 0.0000 | $0.00 | $0.00 | $3.02 |
| Overtime | 11/20/2010 | 11/20/2010 | 5.1700 | $0.00 | $111.52 | $998.47 |
| Paid Time Off | | | 0.0000 | $0.00 | $0.00 | $961.15 |
| Regular | 11/20/2010 | 11/20/2010 | 80.0000 | $0.00 | $1,150.40 | $24,579.56 |
| Training | | | 0.0000 | $0.00 | $0.00 | $330.72 |

**Total hours** 85.1700

## Deductions

### Employee

| Deduction | Pre-tax | Current | YTD |
|---|---|---|---|
| 401K | Yes | $50.48 | $1,206.61 |
| 401K Loan | No | $43.25 | $1,038.00 |
| 401K Loan 2 | No | $55.83 | $669.96 |
| 401K Loan 3 | No | $31.66 | $31.66 |
| Christmas Club | No | $40.00 | ($30.00) |
| Dental | Yes | $1.63 | $32.60 |
| PPO Med 500 | Yes | $34.34 | $686.80 |
| Supl Life Ins | No | $3.15 | $69.30 |
| Vision | Yes | $5.22 | $104.40 |

## Taxes

| Taxes | Current | YTD |
|---|---|---|
| Employee Medicare | $17.70 | $434.66 |
| Federal Income Tax | $142.22 | $2,391.57 |
| Social Security Employee Tax | $75.68 | $1,858.56 |
| UT State Income | $58.11 | $1,374.45 |

|  |  |  |  | Tax |  |
|---|---|---|---|---|---|
| **Paid time off** | | **Net pay distribution** | | | |
| Plan | Current Balance | Account number | Account type | | Amount |
| PTO - Paid | 4.6152  87.6848 | xxxxxxxx3609 | Savings | | $50.00 |
|  |  | xxxxxxxx5466 | Checking | | $652.65 |
|  |  | Total |  | | $702.65 |
| **Pay summary** | | | | | |
|  | Gross | FIT taxable wages | Taxes | Deductions | Net pay |
| Current | $1,261.92 | $1,170.25 | $293.71 | $265.56 | $702.65 |
| YTD | $30,803.61 | $28,770.18 | $6,059.24 | $3,809.33 | $20,935.04 |

*Originally printed in English*

STATE OF UTAH DEPOSIT ADVICE                                12-23-2010

CREDIT TO
THE ACCOUNT OF   HEIDI C LUDWIG

DEPOSIT ADVICE ONLY - NON NEGOTIABLE

UT 01 200 Y9DZ9372

HEIDI C LUDWIG
3145 LITTLE VALLEY RD
ST. GEORGE UT 84790

EMPLOYEE NUMBER 138246          STATE OF UTAH   PERIOD END 12-10-2010       #        9395
HEIDI C LUDWIG                       PR24        PAY DATE 12-23-2010   AMOUNT OF DEPOSITS = ****227.15

| GROSS PAY | - | TAXES | - | DEDUCTIONS | = | NET PAY | DEDUCTIONS | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|---|---|---|---|
| 256.80 | | 29.65 | | | | 227.15 | FEDERAL TAX | 10.00 | 266.97 |
| 9,052.22 | | 998.67 | | | | 8,053.55 | SOCIAL SECURITY T | 15.92 | 561.24 |
| | | | | | | | MEDICARE TAX | 3.73 | 131.26 |

| DESCRIPTION | HOURS | DOLLARS | YEAR TO DATE |
|---|---|---|---|
| REGULAR PAY | 24.00 | 256.80 | 9,052.22 |

UT TAX                                                                                  39.20

PAY ADVANCES                                              DIRECT DEPOSITS

Begining Balance    -    Deduction    =    Current Balance      PAYMENT              227.15

AN  #  DENOTES NON-CASH TAXABLE EARNINGS
AN  *  DENOTES EARNINGS/DEDUCTIONS NOT SUBJECT TO TAXES
                        W-4 STATUS: S    2    ADDTL W/HOLD FED:    10.00 ST:

LEAVE BALANCES:    | BEG BALANCE | + | EARNED | - | USED/PAYOUT | = | CUR BALANCE |
    ANNUAL LEAVE
    SICK LEAVE
    CONVERTED SICK
    COMP TIME
    EXCESS HOURS
    PRE 2006 SICK
    PRE 2006 CONVERTED SICK

CURRENT:  $ 10.70   JJS TECHNICIAN I

# STATE OF UTAH DEPOSIT ADVICE

12-10-2010

CREDIT TO
THE ACCOUNT OF HEIDI C LUDWIG

| DEPOSIT ADVICE ONLY - NON NEGOTIABLE |
|---|

UT 01 200 Y9DZ9372

HEIDI C LUDWIG
3145 LITTLE VALLEY RD
ST. GEORGE UT 84790

| EMPLOYEE NUMBER 138246 | | | STATE OF UTAH | PERIOD END 11-26-2010 | | # 9434 |
|---|---|---|---|---|---|---|
| HEIDI C LUDWIG | | | PR23 | PAY DATE 12-10-2010 | AMOUNT OF DEPOSITS = | ****311.15 |
| GROSS PAY - | TAXES - | DEDUCTIONS = | NET PAY | DEDUCTIONS | CURRENT | YEAR TO DATE |
| 347.75 | 36.60 | | 311.15 | FEDERAL TAX | 10.00 | 256.97 |
| 8795.42 | 969.02 | | 7826.40 | SOCIAL SECURITY T | 21.56 | 545.32 |
| DESCRIPTION | HOURS | DOLLARS | YEAR TO DATE | MEDICARE TAX | 5.04 | 127.53 |
| REGULAR PAY | 32.50 | 347.75 | 8795.42 | UT TAX | | 39.20 |

| PAY ADVANCES | | | DIRECT DEPOSITS | |
|---|---|---|---|---|
| Beginning Balance - | Deduction = | Current Balance | PAYMENT | 311.15 |

AN # DENOTES NON-CASH TAXABLE EARNINGS
AN * DENOTES EARNINGS/DEDUCTIONS NOT SUBJECT TO TAXES

W-4 STATUS: S   2   ADDTL W/HOLD FED:   10.00   ST:

| LEAVE BALANCES: | BEG BALANCE + | EARNED - | USED/PAYOUT = | CUR BALANCE |
|---|---|---|---|---|
| ANNUAL LEAVE | | | | |
| SICK LEAVE | | | | |
| CONVERTED SICK | | | | |
| COMP TIME | | | | |
| EXCESS HOURS | | | | |
| PRE 2006 SICK | | | | |
| PRE 2006 CONVERTED SICK | | | | |

CURRENT: $ 10.70 JJS TECHNICIAN I

STATE OF UTAH DEPOSIT ADVICE                                   02-04-2011

CREDIT TO
THE ACCOUNT OF HEIDI C LUDWIG

DEPOSIT ADVICE ONLY - NON NEGOTIABLE

UT 01 200 Y9DZ9372

HEIDI C LUDWIG
3145 LITTLE VALLEY RD
ST. GEORGE UT 84790

EMPLOYEE NUMBER 138246    STATE OF UTAH   PERIOD END 01-21-2011    #    9183
HEIDI C LUDWIG                  PR01      PAY DATE 02-04-2011   AMOUNT OF DEPOSITS = ****323.15

| GROSS PAY | - | TAXES | - | DEDUCTIONS | = | NET PAY | DEDUCTIONS | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|---|---|---|---|
| 353.10 | | 29.95 | | | | 323.15 | FEDERAL TAX | 10.00 | 10.00 |
| 353.10 | | 29.95 | | | | 323.15 | SOCIAL SECURITY T | 14.83 | 14.83 |
| | | | | | | | MEDICARE TAX | 5.12 | 5.12 |

| DESCRIPTION | HOURS | DOLLARS | YEAR TO DATE |
|---|---|---|---|
| REGULAR PAY | 33.00 | 353.10 | 353.10 |

PAY ADVANCES                                        DIRECT DEPOSITS
Begining Balance - Deduction = Current Balance       PAYMENT    323.15

AN # DENOTES NON-CASH TAXABLE EARNINGS
AN * DENOTES EARNINGS/DEDUCTIONS NOT SUBJECT TO TAXES
W-4 STATUS: S  2  ADDTL W/HOLD FED: 10.00 ST:

LEAVE BALANCES:
| | BEG BALANCE | + | EARNED | - | USED/PAYOUT | = | CUR BALANCE |
|---|---|---|---|---|---|---|---|
| ANNUAL LEAVE | | | | | | | |
| SICK LEAVE | | | | | | | |
| CONVERTED SICK | | | | | | | |
| COMP TIME | | | | | | | |
| EXCESS HOURS | | | | | | | |
| PRE 2006 SICK | | | | | | | |
| PRE 2006 CONVERTED SICK | | | | | | | |

CURRENT: $ 10.70 JJS TECHNICIAN I